Clarence HAYWOOD, Plaintiff–
Appellant,

v.

FERGUSON, Circuit Judge; Rymer, Circuit Judge; and Hawkins, Circuit Judge, Defendants–Appellees.

No. 00–56911.

D.C. No. CV–00–07569–CAS.

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2001.*

Decided July 23, 2001.

Before KOZINSKI, T.G. NELSON and TALLMAN, Circuit Judges.

MEMORANDUM **

Clarence Haywood appeals pro se the district court's Fed.R.Civ.P. 12(b)(6) dismissal of his complaint brought under *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971) against three Ninth Circuit Court of Appeals Judges, based upon their denial of his application to file a second or successive habeas corpus petition.

Because Judges Ferguson, Rymer and Hawkins are entitled to absolute judicial immunity from Haywood's suit, dismissal was proper. *Ashelman v. Pope,* 793 F.2d

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

1072, 1075–76, 1078 (9th Cir.1986) (en banc).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.